**RIMAC MARTIN, P.C.**
Anna M. Martin– CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA  94115
Telephone:  (415) 561-8440
Facsimile:   (415) 561-8430

*Attorneys for Defendant*
UNUM LIFE INSURANCE COMPANY OF AMERICA

**CAMPINS BENHAM-BAKER, LLP**
Julia Campins – CSBN 238023
Julia@cbbllp.com
Hillary Benham-Baker – CSBN 265019
Hillary@cbbllp.com
935 Moraga Road, Suite 200
Lafayette, CA  94549
Tel. (415) 373-5333
Fax (415) 373-5334

*Attorneys for Plaintiff*
GERALD LIPELT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LIPELT, | Case No.  2:16-cv-02433-WHO |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER** |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that defendant UNUM LIFE INSURANCE COMPANY OF AMERICA may have an additional 21 days within which to answer or otherwise respond to plaintiff's

1

**STIP. TO EXTEND TIME FOR DEF. UNUM LIFE INS. CO. OF AMERICA TO RESP. TO PLAINTIFF'S COMPLAINT**
CASE NO. 2:16-cv-02433-WHO

complaint. The last day for defendants to answer or otherwise respond to plaintiff's complaint is November 24, 2016. Good cause exist for this request as counsel for UNUM has only recently been obtained in this matter and needs additional time to complete a full review before providing an answer or otherwise respond to Plaintiff's complaint. This extension will not affect any existing deadline already scheduled by the Court.

DATED: November 16, 2016            **RIMAC MARTIN, P.C.**

By:  */s/ Anna M. Martin*
    ANNA. M. MARTIN
    Attorneys for Defendant
    Unum Life Insurance Company of America

DATED: November 16, 2016            **CAMPINS BENHAM-BAKER, LLP**

By:  */s/ Hillary Benham Baker*
    HILLARY BENHAM BAKER
    Attorneys for Plaintiff
    Gerald Lipelt

Pursuant to stipulation, IT IS SO ORDERED.

DATED: November 17, 2017

The Honorable William H. Orrick III
United States District Judge