**RIMAC MARTIN, P.C.**
Anna M. Martin– CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA  94115
Telephone:  (415) 561-8440
Facsimile:   (415) 561-8430

*Attorneys for Defendant*
UNUM LIFE INSURANCE COMPANY OF AMERICA

**CAMPINS BENHAM-BAKER, LLP**
Julia Campins – CSBN 238023
Julia@cbbllp.com
Hillary Benham-Baker – CSBN 265019
Hillary@cbbllp.com
935 Moraga Road, Suite 200
Lafayette, CA  94549
Tel. (415) 373-5333
Fax (415) 373-5334

*Attorneys for Plaintiff*
GERALD LIPELT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LIPELT, | Case No.  2:16-cv-02433-WHO |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED ORDER]** |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendants. | SECOND REQUEST |

IT IS HEREBY STIPULATED by and between the parties hereto through their

respective attorneys that defendant UNUM LIFE INSURANCE COMPANY OF AMERICA

may have an additional 21 days within which to answer or otherwise respond to plaintiff's

1

complaint.  The last day for defendants to answer or otherwise respond to plaintiff's complaint is December 15, 2016.  Good cause exist for this request as counsel for Unum has been out of the office addressing a family medical emergency.  Additionally, the parties wish to engage in settlement negotiations.  This extension will not affect any existing deadline already scheduled by the Court.

DATED:  November 28, 2016          **RIMAC MARTIN, P.C.**


By:   */s/ Anna M. Martin*
    ANNA. M. MARTIN
    Attorneys for Defendant
    Unum Life Insurance Company of America

DATED:  November 28, 2016          **CAMPINS BENHAM-BAKER, LLP**


By:   */s/ Hillary Benham Baker*
    HILLARY BENHAM BAKER
    Attorneys for Plaintiff
    Gerald Lipelt

Pursuant to stipulation, IT IS SO ORDERED.

DATED: November 28, 2016

_____
The Honorable William H. Orrick III
United States District Judge