Julia Campins – CA State Bar No. 238023
Hillary Benham-Baker – CA State Bar No. 265019
CAMPINS BENHAM-BAKER
935 Moraga Road, Suite 200
Lafayette, CA 94549
Tel. (415) 373-5333
Fax (415) 373-5334
julia@cbbllp.com
hillary@cbbllp.com

*Attorneys for Plaintiff*

Anna Martin (CA Bar No. 154279)
Grant Ingram (CA Bar No. 242785)
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930
amartin@mmhllp.com
gingram@mmhllp.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERALD LIPELT, | ) | Case No. 16-02433-WHO |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR VOLUNTARY DISPUTE RESOLUTION PROGRAM REFERRAL PURSUANT TO LOCAL RULE 271** |
| vs. | ) | |
| UNUM LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

  Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program. The parties agree to complete mediation on or

VDRP STIPULATION AND ORDER     Page 1

before June 17, 2017.

Dated: March 27, 2017	Respectfully submitted,

CAMPINS BENHAM-BAKER

By:	/s/ Hillary Benham-Baker
Hillary Benham-Baker
*Attorneys for Plaintiff*

Dated: March 27, 2017	Respectfully submitted,

RIMAC MARTIN

By:	/s/ Grant E. Ingram
Grant E. Ingram
*Attorneys for Defendant*

IT IS SO ORDERED.

DATED: April 12, 2017

_____
United States District Court Judge