Anna Martin (Bar No. 154279)
amartin@mmhllp.com
Grant Ingram (Bar No. 242785)
gingram@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
Unum Life Insurance Company of America


Julia Campins (Bar No. 238023)
julie@cbbllp.com
Hillary Benham-Baker (Bar No. 265109)
hillary@cbbllp.com
CAMPINS BENHAM-BAKER
935 Moraga Road, Suite 200
Lafayette, California 94549
Telephone: (415) 373-5333
Facsimile: (415) 373-5334

Attorneys for Plaintiff
GERALD LIPELT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LIPELT<br><br>   Plaintiff,<br><br> vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>   Defendant. | Case No. 2:16-cv-02433-WHO<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE FOR MOTION FOR STANDARD OF REVIEW AND CROSS MOTIONS FOR SUMMARY JUDGMENT; AND ORDER** |

  Pursuant to Local Rule 144, Plaintiff Gerald Lipelt ("Plaintiff") and Defendant Unum Life Insurance Company of America ("Defendant") hereby stipulate, by and through their respective counsel, extensions to the briefing schedule on Standard of Review and the briefing schedule for Cross Motions for Summary Judgment.

1. On February 14, 2017, the Court ordered the parties a briefing schedule for Motion on Standard of Review and Cross Motions for Summary Judgment as follows:

> **Motion on Standard for Review**
> Motion to be filed: **July 14, 2017**
> Opposition to be filed: **July 28, 2017**
> Reply to be filed: **August 5, 2017**
> Hearing: **August 23, 2017**
>
> **Cross Motions for Summary Judgment:**
> Motion to be filed: **September 7, 2017**
> Cross Motion/Opposition to be filed: **September 21, 2017**
> Opposition to Cross Motion/Reply: **November 3, 2017**
> Reply to Cross-Motion: **November 10, 2017**
> Hearing on Motions: **November 29, 2017**

2. To allow the parties to attempt to resolve the matter through mediation through the VDRP program, and the earliest possible mediation date, given the schedules of all the parties, including the mediator, is August 17, 2017.

3. The parties respectfully request an extension on the dates to the current briefing schedule as follows:

> **Motion on Standard for Review**
> Motion to be filed: **September 1, 2017**
> Opposition to be filed: **September 15, 2017**
> Reply to be filed: **September 22, 2017**
> Hearing: **October 4, 2017**
>
> **Cross Motions for Summary Judgment:**
> Motion to be filed: **January 8, 2018**
> Cross Motion/Opposition to be filed: **January 22, 2018**
> Opposition to Cross Motion/Reply: **January 29, 2018**
> Reply to Cross-Motion: **February 5, 2018**
> Hearing on Motions: **February 19, 2018**

4. The extension on the Standard of Review issue is necessary to allow the parties to complete the mediation. The extension on the cross motions for summary judgment is necessary due to the existing trial schedules and vacation schedules of counsel.

5. This is the first extension of the briefing schedule that the parties have sought.

6. This requested time modifications will have no other effect on the schedule for this case.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document (2) Plaintiff has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: June 27, 2017         MESERVE, MUMPER & HUGHES, LLP

By: _/s/ Anna M. Martin_
ANNA M. MARTIN
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

Dated: June 27, 2017         CAMPINS BENHAM-BAKER

By: _/s/ Hillary Benham-Baker_
HILLARY BENHAM-BAKER
Attorneys for Plaintiff
GERALD LIPELT

**Filer's Attestation-Local Rule 131(e)**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

IT IS SO ORDERED:

Dated: June 30, 2017

Hon. William H. Orrick
United States District Court Judge