Julia Campins (Bar No. 238023)
julia@campinsbenhambaker.com
Hillary Benham-Baker (Bar No. 265109)
hillary@campinsbenhambaker.com
CAMPINS BENHAM-BAKER
935 Moraga Road, Suite 200
Lafayette, California 94549
Telephone: (415) 373-5333
Facsimile: (415) 373-5334

Attorneys for Plaintiff
GERALD LIPELT

Anna Martin (Bar No. 154279)
amartin@mmhllp.com
Grant Ingram (Bar No. 242785)
gingram@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
Unum Life Insurance Company of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERALD LIPELT,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 2:16-cv-02433-WHO<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by and through Plaintiff GERALD LIPELT, and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

Counsel for the filing party hereby attests that concurrence in filing of this document has been obtained by the other signatory to this document. The conformed signature herein shall serve in lieu of their original signatures on this document. Upon order of the Court, this filing party shall produce records which support the concurrence of all signatories to this document.

Dated: September 11, 2017            CAMPINS BENHAM-BAKER

By:   */s/ Hillary Benham-Baker*
        HILLARY BENHAM-BAKER
        Attorneys for Plaintiff
        GERALD LIPELT

Dated: September 11, 2017            MESERVE, MUMPER & HUGHES, LLP

By:   */s/ Anna M. Martin*
        ANNA M. MARTIN
        Attorneys for Defendant
        UNUM LIFE INSURANCE COMPANY OF AMERICA

**Filer's Attestation-Local Rule 131(e)**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

IT IS SO ORDERED:

Dated: 9/12/2017            _____
                            Hon. William H. Orrick
                            United States District Court Judge

2    STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER THEREON

158537.1

LAW OFFICES
**MESERVE,**